UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSSELL SPEARMAN,

        Plaintiff,

   v.

D. MOORE, et al.,

        Defendants.

No. 2:15-cv-0936 AC P

ORDER

     Plaintiff is a former state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a notice of change of address that indicates that he is no longer incarcerated. ECF No. 4. Since it appears plaintiff has been released from custody and he has not paid the filing fee, he will be directed to either pay the filing fee in full or submit a non-prisoner application to proceed in forma pauperis, which the Clerk will be directed to provide. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

     Accordingly, IT IS HEREBY ORDERED that:

     1. Within thirty days of the filing of this order, plaintiff must either pay the filing fee in full or submit a non-prisoner application to proceed in forma pauperis.

     2. The Clerk of the Court is directed to send plaintiff a blank in forma pauperis application used by non-prisoners.

1

3. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: May 28, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE