UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL SPEARMAN, | No. 2:15-cv-0936 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| D. MOORE, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

On November 29, 2016, defendant Standig filed a motion to dismiss the claims against her. ECF No. 18. According to the attached certificate of service, the motion was served on plaintiff at High Desert State Prison. ECF No. 18-3. Plaintiff has not been in custody since at least May 22, 2015. ECF No. 4. However, court records also show that on November 29, 2016, a recent notification from the court, which was served on plaintiff's address of record, was returned by the postal service. It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change.

Accordingly, IT IS HEREBY ORDERED that:

1. If plaintiff files a notice of change of address by January 31, 2017, defendant Standig must (i) re-serve the motion to dismiss on plaintiff at his address of record and (ii) file an amended

1

1  certificate of service, within seven days of the filing of the notice of change of address.

2      2. If plaintiff has not filed a notice of change of address by January 31, 2017, the

3  undersigned will recommend dismissal of the case for failure to prosecute. See L.R. 183(b).

4  DATED: December 16, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE